**Larry JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78377**

Missouri Court of Appeals, Western District.

ORDER FILED: JUNE 21, 2016

S. Kate Weber, Kansas City, MO, Counsel for Appellant.

Christine Katherine Lesicko, Jefferson City, MO, Counsel for Respondent.

Before Division Three: Gary D. Witt, P.J., James E. Welsh, Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

Larry Jones appeals the circuit court's denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).